SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>SHAIKALI A. HAKEEM, et. al.,<br><br>            Defendants | Case No. **2:08-cv-02967-FCD-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 20, 2009 FOR DEFENDANT SHAIKALI HAKEEM TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Shaikali Hakeem, by and through, Scott N. Johnson; Shaikali Hakeem (PRO SE), stipulate as follows:

    1. An extension of time has been previously obtained for Defendant Shaikali Hakeem until

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

February 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Shaikali Hakeem is granted an extension until February 20, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Shaikali Hakeem's response will be due no later than February 20, 2009.

IT IS SO STIPULATED effective as of January 21, 2009

Dated:  January __, 2009          /s/Shaikali Hakeem_____
                                  Shaikali Hakeem,
                                  PRO SE


Dated:  January 21, 2009          /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Shaikali Hakeem shall have until February 20, 2009 to respond to complaint.

Dated: January 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2