SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>SHAIKALI A. HAKEEM, et. al.,<br><br>Defendants. | Case No.: CIV.S 08-cv-02967-FCD-EFB<br><br>**ORDER FOR DISMISSAL OF GEORGE H. ORELLI ONLY**<br><br>Complaint Filed: DECEMBER 5, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (George H. Orelli) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (George H. Orelli) is dismissed because Plaintiff is unable to affect proper service.

Dated: March 17, 2009          /s/Scott N. Johnson_____
                                          SCOTT N. JOHNSON
                                          Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: March 17, 2009          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE