SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>SHAIKALI A. HAKEEM, et, al.,<br><br>Defendants | Case No.: CIV.S-08-cv-02967-FCD-EFB<br><br>**ORDER FOR DISMISSAL OF SHAIKALI A. HAKEEM ONLY**<br><br>Complaint Filed: DECEMBER 5, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Shaikali A. Hakeem) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Shaikali A. Hakeem) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: May 11, 2009           /s/Scott N. Johnson
                              SCOTT N. JOHNSON
                              Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: May 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE